IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **Tony Jones**<br>    **Plaintiffs,** | §<br>§<br>§<br>§ | |
| **V.** | §<br>§<br>§ | **CIVIL ACTION NO.**<br><br>_____ |
| **City of Fort Worth, et al.**<br>    **Defendant.** | §<br>§<br>§<br>§ | |

___

## NOTICE OF REMOVAL
___

Defendants hereby gives notice pursuant to 28 U.S.C. § 1446 that the above-styled action, filed in the 48th Judicial District Court of Tarrant County, Texas, Cause Number 048-333132-22, is removed to the United States District Court for the Northern District of Texas, Fort Worth Division.  The following grounds support removal in this action:

1. The district courts of the United States have original jurisdiction over this action because Plaintiffs' claims arise under federal law. Plaintiffs have sued Defendant for allegedly violating the Due Process Clause of the 14th Amendment to the U.S. Constitution. [See page 4 of Plaintiffs' Original Petition].  Therefore, this Court has original jurisdiction over Plaintiffs' claims pursuant to 28 U.S.C. §§ 1331 and 1367; and, this action is removable pursuant to 28 U.S.C. § 1441(a).

2. On April 19, 2022, Plaintiff filed his Original Petition, which cited a federal cause of action.  Defendants Eulises Gonzalez and Gilberto Gonzalez have not

been served a copy of Plaintiff's Original Petition, therefore, this Notice of Removal is therefore timely filed.

3. Pursuant to the provisions of 28 U.S.C. § 1446(a), accompanying this Notice is a copy of all the process, pleadings, and orders served upon Defendant in this action.

4. Pursuant to Local Rule 81.1, this Notice of Removal is also accompanied by a completed Civil Cover Sheet, a Supplemental Civil Cover Sheet, an index of all documents filed in state court, a copy of the docket sheet in the state court action, each document filed in the state court action, and a Certificate of Interested Persons in compliance with Local Rule 3.2(e).

Respectfully submitted,

*s/ Lynn M. Winter*
Lynn M. Winter
Senior Assistant City Attorney
State Bar No. 24078135
lynn.winter@fortworthtexas.gov

**Harvey L. Frye Jr.**
Senior Assistant City Attorney
State Bar No. 07496500
harvey.frye@fortworthtexas.gov

CITY OF FORT WORTH
Office of the City Attorney
200 Texas Street
Fort Worth, Texas  76102
P: 817.392.7600
F: 817.392.8359

*Attorneys for Defendant*
*City of Fort Worth*

## CERTIFICATE OF SERVICE

On April 25, 2022, I filed Defendants Notice of Removal with the clerk of court for the U.S. District Court, Northern District of Texas. I hereby certify that a true and correct copy of the foregoing document was delivered in accordance with the Federal Rules of Civil Procedure to:

Warren V. Norred
Norred Law, PLLC
Texas Bar No. 24045094
515 E. Border
Arlington, TX 76010
FORT WORTH, TX 76102
Tel. 817-704-3984
Fax. 817-524-6686
Attorney for Plaintiff

*/s/ Lynn M. Winter*
**Lynn M. Winter**