# Supplemental Civil Cover Sheet for Cases Removed
# From State Court

**This form must be attached to the Civil Cover Sheet at the time the case is filed in the U.S. District Clerk's Office. Additional sheets may be used as necessary.**

1. **State Court Information:**

   Please identify the court from which the case is being removed and specify the number assigned to the case in that court.

| Court | Case Number |
|---|---|
|  |  |

2. **Style of the Case:**

   Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

| Party and Party Type | Attorney(s) |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

3. **Jury Demand:**

   Was a Jury Demand made in State Court?            Yes                    No

   If "*Yes,*" by which party and on what date?

   _____          _____

   Party                                                                        Date

Supplemental Civil Cover Sheet
Page 2 of 3

4. **Answer:**

   Was an Answer made in State Court?          Yes                    No

         If "*Yes*," by which party and on what date?

   _____          _____

   Party                                                         Date

5. **Unserved Parties:**

   The following parties have not been served at the time this case was removed:

   | Party | Reason(s) for No Service |
   |---|---|
   |  |  |
   |  |  |
   |  |  |
   |  |  |
   |  |  |

6. **Nonsuited, Dismissed or Terminated Parties:**

   Please indicate any changes from the style on the State Court papers and the reason for that change:

   | Party | Reason |
   |---|---|
   |  |  |

7. **Claims of the Parties:**

   The filing party submits the following summary of the remaining claims of each party in this litigation:

   | Party | Claim(s) |
   |---|---|
   |  |  |

Supplemental Civil Cover Sheet
Page 3 of 3

**Additional Information**

**2.      Style of the Case: Tony Jones v. City of Fort Worth, et al.**

Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

| **Party and Party Type** | **Attorney(s)** |
|---|---|
| Tony Jones, Plaintiff | Warren V. Norred<br>Norred Law, PLLC<br>Texas Bar No. 24045094<br>515 E. Border<br>Arlington, TX 76010<br>FORT WORTH, TX 76102<br>Tel. 817-704-3984<br>Fax. 817-524-6686 |
| City of Fort Worth, Defendant | Lynn M. Winter<br>Sr. Assistant City Attorney<br>State Bar No. 24078135<br>lynn.winter@fortworthtexas.gov<br><br>Harvey L. Frye Jr.<br>Senior Assistant City Attorney<br>State Bar No. 07496500<br>harvey.frye@fortworthtexas.gov<br><br>CITY OF FORT WORTH<br>Office of the City Attorney<br>200 Texas Street<br>Fort Worth, Texas 76102-6311<br>Phone:  (817) 392-7600<br>Fax:  (817) 392-8359 |

Eulises Gonzalez and Gilberto Gonzalez