# Civil Docket

Discovery: 3     048-333132-22

Cause Of Action: OTHER CIVIL, OTHER

| NAMES OF PARTIES | ATTORNEYS |
|---|---|
| **Date Filed** 04/19/2022 | NORRED, WARREN V |
| | 515 E BORDER ST |
| TONY JONES | ARLINGTON, TX 76010 |
| Jury Fee $ | BarID: 24045094TX   Ph (817)704-3984   PLTF |
| vs. | Fax Ph (817)524-6686 |
| | NORRED LAW PLLC |
| | WARREN@NORREDLAW.COM |
| **Paid By** | WINTER, LYNN M |
| CITY OF FORT WORTH, ET AL | OFFICE OF THE CITY ATTORNEY |
| | 200 TEXAS ST |
| | FORT WORTH, TX 76102-6311 |
| | BarID: 24078135TX   (817)392-7600 |
| | Fax Ph (817)392-8359 |
| | SENIOR ASSITANT CITY ATTORNEY |
| | LYNN.WINTER@FORTWORTHTEXAS.GOV |

| Date of Orders | ORDERS OF COURT | Was Steno Used? |
|---|---|---|
| | | |

048-333132-22

| Date of Orders | ORDERS OF COURT |
|---|---|
| | |

DC-627 6-11