**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **Tony Jones** | § | |
| **Plaintiffs,** | § | |
| | § | |
| | § | **CIVIL ACTION NO.** |
| **V.** | § | |
| | § | _____ |
| | § | |
| **City of Fort Worth, et al.** | § | |
| **Defendant.** | § | |
| | § | |

_____

**INDEX OF ALL DOCUMENTS FILED IN STATE COURT**
_____

| | **PLEADING NAME** | **DATE FILED** |
|---|---|---|
| 1. | Plaintiff's Original Petition | April 19, 2022 |
| 2. | Citation Issued- City of Fort Worth | April 19, 2022 |
| 3. | Citation Issued- Eulises Gonzalez | April 19, 2022 |
| 4. | Citation Issued- Gilberto Gonzalez | April 19, 2022 |
| 5. | City of Fort Worth's Original Answer | April 21, 2022 |

Respectfully submitted,

*s/ Lynn M. Winter*
**Lynn M. Winter**
Senior Assistant City Attorney
State Bar No. 24078135
*lynn.winter@fortworthtexas.gov*

**Harvey L. Frye Jr.**
Senior Assistant City Attorney
State Bar No. 07496500
*harvey.frye@fortworthtexas.gov*

CITY OF FORT WORTH
Office of the City Attorney
200 Texas Street
Fort Worth, Texas  76102

P: 817.392.7600
F: 817.392.8359

*Attorneys for Defendant*