# THE STATE OF TEXAS
## DISTRICT COURT, TARRANT COUNTY

## CITATION           Cause No. 048-333132-22

### TONY JONES
### VS.
### CITY OF FORT WORTH, ET AL

**TO: CITY OF FORT WORTH**

B/S CITY ATTORNEY-CHRIS AUSTRIA 200 TEXAS ST FORT WORTH, TX 76102-

You said DEFENDANTS are hereby commanded to appear by filing a written answer to the PLAINTIFF'S ORIGINAL PETITION at or before 10 o'clock A.M. of the Monday next after
the expiration of 20 days after the date of service hereof before the 48th District Court
,100 N CALHOUN, in and for Tarrant County, Texas, at the Courthouse in the City of Fort Worth, Tarrant County, Texas said PLAINTIFF being

TONY JONES

Filed in said Court on April 19th, 2022 Against
CITY OF FORT WORTH, EULISES GONZALEZ, GILBERTO GONZALEZ

For suit, said suit being numbered 048-333132-22 the nature of which demand is as shown on said PLAINTIFF'S ORIGINAL PETITION  a copy of which accompanies this citation.

### WARREN V NORRED
Attorney for TONY JONES Phone No. (817)704-3984
Address       515 E BORDER ST ARLINGTON, TX 76010

_____Thomas A. Wilder_____ , Clerk of the District Court of Tarrant County, Texas. Given under my hand and the seal of said Court, at office in the City of Fort Worth, this the 20th day of April, 2022.

By _____ Deputy
NATALIE THIGPEN

NOTICE: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 AM. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

Thomas A. Wilder, Tarrant County District Clerk, 100 N CALHOUN, FORT WORTH TX 76196-0402

## OFFICER'S RETURN  *04833313222000004*

Received this Citation on the _____ day of _____, _____ at _____ o'clock ___M; and executed at
_____ within the county of _____, State of _____ at _____ o'clock ___M
on the _____ day of _____, _____ by delivering to the within named (Def.): _____
defendant(s), a true copy of this Citation together with the accompanying copy of PLAINTIFF'S ORIGINAL PETITION
, having first endorsed on same the date of delivery.

Authorized Person/Constable/Sheriff: _____
County of _____ State of_____ By _____ Deputy

Fees $_____
State of _____ County of _____ (Must be verified if served outside the State of Texas)
Signed and sworn to by the said _____ before me this _____ day of _____, _____
to certify which witness my hand and seal of office
(Seal)
_____
County of _____, State of _____

# CITATION

Cause No. 048-333132-22

TONY JONES

VS.

CITY OF FORT WORTH, ET AL

ISSUED

This 20th day of April, 2022

Thomas A. Wilder
Tarrant County District Clerk
100 N CALHOUN
FORT WORTH TX 76196-0402

By           NATALIE THIGPEN Deputy

WARREN V NORRED
Attorney for: TONY JONES
Phone No. (817)704-3984
ADDRESS: 515 E BORDER ST
ARLINGTON, TX 76010

*CIVIL LAW*

*0483313322000004*
SERVICE FEES NOT COLLECTED
BY TARRANT COUNTY DISTRICT CLERK
ORIGINAL