

May 19, 2022

US District Court
Northern District of Texas – Fort Worth

**Via Efile.txcourts.gov**

*Attn: Clerk of the Court*

*Case No. 4:22-cv-00359-O, Jones v. City of Fort Worth, et al.*

This is filed to request summons in the instant case be issued for Eulises Gonzalez and Gilberto Gonzalez, Defendants in the instant case, to be served at 4312 Ave H, Fort Worth, TX 76105 or wherever they might be found.

Warm regards,

/s/Marie Anderson

Marie Anderson
marie@norredlaw.com
Legal Assistant
NORRED LAW, PLLC