AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Texas

| | |
|---|---|
| Jones | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 4:22-cv-00359-O |
| | ) |
| City of Fort Worth, et al | ) |
| *Defendant* | ) |

## Summons in a Civil Action

**TO:** Eulises Gonzalez
4312 Ave H
Fort Worth, TX 76105

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Warren Norred
515 E Border Street
Arlington , TX 76010

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 05/19/2022

*Signature of Clerk or Deputy Clerk*

Exhibit 1

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  4:22-cv-00359-O

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Eulises Gonzalez
was received by me on *(date)* MAY 23, 2002 .

☑ I personally served the summons on the individual at *(place)* 4312 Avenue H, Fort Worth
_____ on *(date)* MAY 23, 2002 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated
by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ;  or

☐ other *(specify)* _____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: MAY 24, 2002

_____
David Moore
Server's signature

DAVID MOORE PSC-17184 EXP. 10/31/2023
Printed name and title

301 Commerce, Suite 240, Fort Worth, TX 76102
Server's address

Additional information regarding attempted service, etc:

Exhibit 1

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | | |
|---|---|---|
| Jones | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 4:22-cv-00359-O |
| | ) | |
| City of Fort Worth, et al | ) | |
| *Defendant* | ) | |
| | ) | |

## Summons in a Civil Action

**TO:** Gilberto Gonzalez
4312 Ave H
Fort Worth, TX 76105

CM 7020 1810 0000 6369 79C3

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Warren Norred
515 E Border Street
Arlington , TX 76010

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

DATE: 05/19/2022

Exhibit 1

Case 4:22-cv-00359-O   Document 11-1   Filed 06/07/22   Page 4 of 6   PageID 58

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  4:22-cv-00359-O

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) _____
was received by me on (*date*) _____.

☐   I personally served the summons on the individual at (*place*) _____
_____ on (*date*) _____ ; or

☐   I left the summons at the individual's residence or usual place of abode with (*name*) _____
_____, a person of suitable age and discretion who resides there,
on (*date*) _____, and mailed a copy to the individual's last known address; or

☐   I served the summons on (*name of individual*) _____, who is designated
by law to accept service of process on behalf of (*name of organization*) _____
_____ on (*date*) _____ ; or

☐   I returned the summons unexecuted because _____ ; or

☐   other (*specify*) _____
_____

My fees are $ _____   for travel and $ _____   for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

Exhibit 1

# USPS Tracking®

FAQs >

## Track Another Package +

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More** (https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

---

**Tracking Number:** 70201810000063697963

Remove ✕

Your item was delivered to an individual at the address at 12:26 pm on May 28, 2022 in FORT WORTH, TX 76105.

**USPS Tracking Plus® Available** ∨

### ⊘ Delivered, Left with Individual

May 28, 2022 at 12:26 pm
FORT WORTH, TX 76105

**Get Updates** ∨

| | |
|---|---|
| Text & Email Updates | ∨ |
| Tracking History | ∨ |
| USPS Tracking Plus® | ∨ |
| Product Information | ∨ |

Feedback

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Gilberto Gonzalez
4312 Ave H
Fort Worth, TX 76105

9590 9402 6774 1074 6014 50

2. Article Number (Transfer from service label)

7020 1810 0000 6369 7963

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X CU 19 #520
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form **3811**, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt

Exhibit 1

# AFFIDAVIT OF SERVICE

**Civil Action No. 4:22-cv-00359-O**

**Jones**
**vs.**
**City of Fort Worth, et al**

My name is Mark A. Barberena, I am over 18 years of age. I am authorized to deliver Subpoenas, Citations and other notices within the State of Texas. I am not associated with the parties here to nor interested in the outcome of this matter. I am fully competent to testify to the matters stated in this affidavit. I have personal knowledge of the facts and statements contained in this affidavit. I declare under penalty of perjury that the foregoing is true and correct.

On 5/20/2022, I received the following Summons in a Civil Action, Notice of Removal, and Joint Report.

**I was contracted to deliver these documents via Certified Mail Return Receipt Requested to Gilberto Gonzalez at 4312 Ave H  Fort Worth, TX 76105.**

**On May 28, 2022 these documents were received and signed for by an individual at 4312 Ave H  Fort Worth, TX 76105.**

**In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall sign the return. The signature is not required to be verified. If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return shall be signed under penalty or perjury and contain the following statement.**
**"My name is Mark A. Barberena my date of birth is 10/27/77,**
**and my address is 301 Commerce Street Suite 240, Fort Worth, TX 76102.**
**I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.**

Executed in Tarrant County, State of Texas , on the _3_ day of _May_ , 2022.

**Declarant/ Authorized Process Server**
**PSC 12215  8/31/23**
**(Id# & expiration of certification)**

Exhibit 1