

**Tarrant County**
1307A West Abram, Suite 100
Arlington, Texas  76013
Telephone: 817-226-2100
Facsimile:  817-226-2101

**Dallas County**
Johnson English Law Center
12222 Merit Drive
Suite 1200
Dallas, Texas 75251

E-Mail:  Scheduling@walker-mediation.com
E-Mail:  FirmEmail@walker-lawfirm.com

Website:  walkerlawfirmandmediation.com

October 26, 2022

Clerk                                                                                             Via E-File
In The United States District Court
Northern District of Texas
Fort Worth Division

      RE:    CIVIL ACTION NO. 4:22-cv-00359-O; *Tony Jones vs. City of Fort Worth, Eulises Gonzalez, and Gilberto Gonzalez*

Dear Clerk:

    The parties submitted this dispute to me, for mediation, in hopes of bringing this matter to resolution on October 21, 2022.

    Unfortunately, the above-referenced matter was not able to be resolved, at that time. I will, however, continue to work with the parties in hopes of bringing this matter to resolution.

    Thank you for allowing me to assist the Court, in this matter, and the parties.

    If I can assist the Court, with regard to other matters pending before the Court, as a mediator, please do not hesitate to contact me at the above address.

                                          Sincerely,

                                          */s/ Kevin E. Walker*
                                          Kevin E. Walker

KEW/me

cc:    Mr. Warren V. Norred    Via E-Service
NORRED LAW, PLLC
515 East Border
Arlington, Texas 76010

cc:    Ms. Lynn M. Winter    Via E-Service
Mr. Harvey L. Frye Jr.
CITY OF FORT WORTH
Office of the City Attorney
200 Texas Street
Fort Worth, Texas 76102