IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| TONY JONES,<br>    *Plaintiff,*<br>v.<br><br>CITY OF FORT WORTH, ET AL.<br>    *Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | <br><br><br><br>CIVIL ACTION NO.<br><br>4:22-cv-00359-O |

## JOINT MEDIATION REPORT

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to this Court's Scheduling Order (ECF No. ), the parties jointly report as follows:

1. On October Friday, October 21, 2022, all parties mediated via remote means with mediator, Kevin Walker.

2. The following parties participated in the mediation:

    a. Plaintiff Tony Jones and his counsel, Warren Norred;

    b. Defendant City of Fort Worth and its counsel, Lynn Winter;

    c. City of Fort Worth Risk Management Sr. Property & Casualty Adjuster, Deirdre O'Neal-Mills, AIC; and

    d. City of Fort Worth Assistant City Manager, Valerie Washington.

3. The parties mediated for approximately two hours, but no significant progress toward settlement was made. The parties and the mediator have expressed their willingness to revisit settlement options after the litigation progresses. At this time, there appears little prospect for settlement.

Respectfully submitted,

/s/Warren V. Norred
Warren V. Norred
State Bar No. 24045094
Norred Law, PLLC
warren@norredlawcom
515 E. Border
Arlington, TX 76010
T: 817-704-3984
F: 817-524-6686
ATTORNEY FOR PLAINTIFF

/s/ Lynn M. Winter
Lynn M. Winter
State Bar No. 24078135
Senior Assistant City Attorney
Lynn.winter@fortworthtexas.gov

Harvey Frye
State Bar No. 00792417
Senior Assistant City Attorney
Harvey.frye@fortworthtexas.gov

Office of the City Attorney
200 Texas Street
Fort Worth, Texas 76102
T: 817-392-7600
F: 817-392-8359
ATTORNEYS FOR CITY OF FORT WORTH