IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| TONY JONES § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:22-cv-00359-O |
| § | |
| CITY OF FORT WORTH, et al., § | |
| § | |
| Defendants. § | |

## ORDER

Before the Court is Plaintiff's Motion for Default Judgment (ECF No. 33), filed January 12, 2023. The Court hereby **REFERS** the Motion and all related responses, replies, briefs in support, and appendices, etc., to United States Magistrate Judge Ray for hearing, if necessary, and determination or recommendation to this Court. *See* 28 U.S.C. § 636(b)(1).

Further pleadings concerning this motion shall be filed with a transmittal letter addressed to Magistrate Judge Ray so copies may be sent directly to him without delay.

**SO ORDERED** on this **13th day** of **January, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1