IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **TONY JONES** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:22-CV-00359-O |
| § | |
| **CITY OF FORT WORTH, ET AL.,** § | |
| § | |
| Defendants. § | |

## FINAL JUDGMENT

This Judgment is issued pursuant to Fed. R. Civ. P. 58(a).

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. Plaintiff's claims against Defendant City of Fort Worth are **DISMISSED** with prejudice pursuant to Court Order (ECF No. 32).

2. Plaintiff's claims against the Gonzales Defendants are hereby **SEVERED** and **REMANDED** to the 48th Judicial District Court of Tarrant County, Texas for further proceedings.

3. The clerk shall transmit a true copy of this Judgment to the parties.

**SO ORDERED** on this **7th day of February, 2023.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE